UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 21-80894-CIV-DIMITROULEAS

BERNARD COHEN, individually and on
behalf of all others similarly situated,

    Plaintiff,

-vs-

NEWSMAX MEDIA, INC.,

    Defendant.
_____/

## NOTICE OF CONVENTIONAL FILING

Please take Notice that Defendant Newsmax Media, Inc. shall conventionally file one copy of the following materials:

- Exhibit 1 to the October 4, 2021 Declaration of Daniel Haim in Support of Defendant's Partial Motion to Dismiss on thumb drive, namely, a true and correct copy of an audio file bearing the file name "May 23, 2019 Outbound Call Recording.wav";

- Exhibit 2 to the October 4, 2021 Declaration of Daniel Haim in Support of Defendant's Partial Motion to Dismiss on thumb drive, namely, a true and correct copy of an audio file bearing the file name "March 4, 2021 Inbound Call Recording.mp3"; and

- Exhibit 3 to the October 4, 2021 Declaration of Daniel Haim in Support of Defendant's Partial Motion to Dismiss on thumb drive, namely, a true and correct copy of an audio file bearing the file name "March 3, 2020 Outbound Call Recording.mp3".

These materials have not been filed electronically because they cannot be converted to electronic (.PDF) format. These materials will be conventionally served on Plaintiff as well.

Dated:  October 4, 2021

Respectfully submitted,

 /s/ Aaron S. Blynn
Aaron S. Blynn
GENOVESE JOBLOVE & BATTISTA, P.A.
Florida Bar No. 0073464
100 S.E. Second Street
44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 428-8810
ablynn@gjb-law.com

-and-

Daniel S. Blynn (*pro hac vice* forthcoming)
dsblynn@venable.com
William C. Lawrence (*pro hac vice* forthcoming)
wclawrence@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

*Attorneys for Defendant Newsmax Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2021, I have electronically filed a copy of the foregoing Notice of Conventional Filing through the CM/ECF system upon all counsel duly registered to receive service of filings in this case.

 /s/ Aaron S. Blynn
Aaron S. Blynn

*An Attorney for Defendant Newsmax Media, Inc.*