UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-cv-80894-WPD

BERNARD COHEN, individually
and on behalf of all others similarly situated,     **CLASS ACTION**

    *Plaintiff*,

vs.

NEWSMAX MEDIA, INC.,     **JURY TRIAL DEMANDED**
a Delaware Corporation,

    *Defendant*.
_____/

**NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE that Plaintiff, Bernard Cohen, through counsel hereby informs the Court that the parties have reached a settlement of Plaintiff's individual claims in this matter. The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 15, 2021        Respectfully submitted,

        */s/ Seth M. Lehrman*
        Seth M. Lehrman (FBN 132896)
        E-mail : seth@epllc.com
        EDWARDS POTTINGER LLC
        425 N. Andrews Ave., Suite 2
        Fort Lauderdale, Florida 33301
        Telephone: 954-524-2820
        Facsimile: 954-524-2822

        Steve Cohen *(Pro Hac Vice to be sought)*
        E-mail: Scohen@PollockCohen.com
        POLLOCK COHEN LLP
        60 Broad Street, 24th Floor
        New York, NY 10004
        Telephone: 212-337-5361

        Daniel Schlanger *(Pro Hac Vice to be sought)*
E-mail: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP, LLP
80 Broad St., Suite 1301
New York, NY 10004
Telephone: 212-500-6114

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on November 15, 2021, and will be served on the following individual(s) through the ECF system and/or email.

*/s/ Seth M. Lehrman*
Seth M. Lehrman, Esq.

## SERVICE LIST

Aaron S. Blynn (FBN 0073464)
ablynn@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Telephone: 305) 349-2300
Facsimile: (305) 428-8810

Daniel S. Blynn *(Pro Hac Vice)*
E-mail: DSBlynn@venable.com
William C. Lawrence *(Pro Hac Vice)*
WCLawrence@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202-344-4619
Facsimile: 202-344-8300

*Attorneys for Defendant*