UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-80894-WPD

BERNARD COHEN, individually
and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

NEWSMAX MEDIA, INC.,
a Delaware Corporation,

    *Defendant*.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Notice of Settlement, filed on November 15, 2021, whereby the parties state that have reached a settlement of Plaintiff's individual claims in this matter. *See* [DE 25]. In light of the settlement of this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file the appropriate dismissal papers on or before **November 29, 2021**.

2. Defendant's Motion to Dismiss [DE 8] is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 15th day of November, 2021.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record