UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-cv-80894-WPD

BERNARD COHEN, individually
and on behalf of all others similarly situated,                    **CLASS ACTION**

    *Plaintiff*,

vs.

NEWSMAX MEDIA, INC.,
a Delaware Corporation,

    *Defendant*.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Bernard Cohen, voluntarily dismisses the Class Action Complaint [D.E. 1] and all claims alleged therein against Defendant, Newsmax Media, Inc. Plaintiff dismisses his individual claims with prejudice and all claims on behalf of the putative classes without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: December 9, 2021            Respectfully submitted,

                                       */s/ Seth M. Lehrman*
                                       Seth M. Lehrman (FBN 132896)
                                       E-mail : seth@epllc.com
                                       EDWARDS POTTINGER LLC
                                       425 N. Andrews Ave., Suite 2
                                       Fort Lauderdale, Florida 33301
                                       Telephone: 954-524-2820
                                       Facsimile: 954-524-2822

                                       Steve Cohen *(Pro Hac Vice to be sought)*
                                       E-mail: Scohen@PollockCohen.com
                                       POLLOCK COHEN LLP
                                       60 Broad Street, 24th Floor
                                       New York, NY 10004
                                       Telephone: 212-337-5361

        Daniel Schlanger *(Pro Hac Vice to be sought)*
E-mail: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP, LLP
80 Broad St., Suite 1301
New York, NY 10004
Telephone: 212-500-6114

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on December 9, 2021, and will be served on the following individual(s) through the ECF system.

*/s/ Seth M. Lehrman*
Seth M. Lehrman, Esq.

## SERVICE LIST

Aaron S. Blynn (FBN 0073464)
ablynn@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Telephone: 305) 349-2300
Facsimile: (305) 428-8810

Daniel S. Blynn *(Pro Hac Vice)*
E-mail: DSBlynn@venable.com
William C. Lawrence *(Pro Hac Vice)*
WCLawrence@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202-344-4619
Facsimile: 202-344-8300

*Attorneys for Defendant*