UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-80894-WPD

BERNARD COHEN, individually
and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

NEWSMAX MEDIA, INC.,
a Delaware Corporation,

    *Defendant*.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With

Prejudice (the "Notice") [DE 29], filed herein on December 9, 2021. The Court has carefully

reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 29] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE** as to Plaintiff and **DISMISSED WITHOUT PREJUDICE** as to the putative class.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 10th day of December, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record